IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LESLIE CAROL BROWN                                                                                                PLAINTIFF

V.                              Case No. 4:24-CV-00385-BRW-BBM

MARTIN O'MALLEY, Commissioner,
Social Security Administration                                                                              DEFENDANT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Benecia B. Moore. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and judgment is entered for the Defendant.

DATED this 31st day of January, 2025.

                                                           BILLY ROY WILSON
                                          UNITED STATES DISTRICT JUDGE